# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2025-0197
Lower Tribunal No. 2022-CA-001486

_____

FLORIDA INSURANCE GUARANTY ASSOCIATION,

Appellant,

v.

ANTHONY WEICHERDING,

Appellee.

_____

Appeal from the Circuit Court for Charlotte County.
Geoffrey H. Gentile, Judge.

May 12, 2026

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and SMITH and KAMOUTSAS, JJ., concur.


Megan G. Colter and Dorothy DiFiore, of Quintairos, Prieto, Wood & Boyer, P.A., Tampa, for Appellant.

No Appearance for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED